Ben Travis (SBN 305641)
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr., Suite 100
San Diego, CA 92122
(619) 353-7966
ben@bentravislaw.com

Steve Cohen (*pro hac vice forthcoming*)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Scohen@PollockCohen.com

Jacob Gardener (*pro hac vice forthcoming*)
**WALDEN MACHT HARAN & WILLIAMS LLP**
250 Vesey St., 27th Floor
New York, NY 10281
(212) 335-2965
jgardener@wmhwlaw.com

*Attorneys for Plaintiffs Jenniffer Roiz,*
*Claudine Castillo, Candyce Marto,*
*Kevin Maedel and The Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFFER ROIZ, CLAUDINE CASTILLO, CANDYCE MARTO, and KEVIN MAEDEL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, MAGELLAN HEALTH, INC., MAGELLAN HEALTHCARE, INC., and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA, <br><br> Defendants. | Case No.: 3:25-cv-09978-LB <br><br> **NOTICE OF ERRATA** <br><br> <u>**CLASS ACTION**</u> |

1    Plaintiffs submit this Notice of Errata. In Plaintiffs' Complaint filed as Dkt. 1, the incorrect

2    name of a Defendant was in the caption and the body of the Complaint. Instead of BLUE SHIELD

3    OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY, it should have said CALIFORNIA

4    PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA. The correct version of the

5    Complaint is attached hereto.

6

7    Dated: November 24, 2025

8

9                    **BEN TRAVIS LAW, APC**

10                    By: /s/ *Ben Travis*
                      Ben Travis (SBN 305641)
11                    4660 La Jolla Village Dr., Suite 100
                      San Diego, CA 92122
12                    (619) 353-7966
                      ben@bentravislaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28