Ben Travis (SBN 305641)
**BEN TRAVIS LAW, APC**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(619) 353-7966
ben@bentravislaw.com

Steve Cohen (*pro hac vice*)
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
Scohen@PollockCohen.com

Jacob Gardener (*pro hac vice*)
**WALDEN HARAN WILLIAMS LLP**
250 Vesey St., 27th Floor
New York, NY 10281
(212) 335-2965
jgardener@whwllp.com

*Attorneys for Plaintiffs Jenniffer Roiz,*
*Claudine Castillo, Candyce Marto, Kevin Maedel and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFFER ROIZ, CLAUDINE CASTILLO, CANDYCE MARTO, and KEVIN MAEDEL on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE DBA BLUE SHIELD OF CALIFORNIA, MAGELLAN HEALTH, INC., MAGELLAN HEALTHCARE, INC., and HUMAN AFFAIRS INTERNATIONAL OF CALIFORNIA,<br><br>     Defendants. | Case No. 3:25-cv-09978-WHO<br><br>**DECLARATION OF STEVE COHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**DATE:** August 5, 2026<br>**TIME:** 2:00pm<br>**LOCATION:** Via Zoom<br>**JUDGE:** Hon. William H. Orrick |

Steve Cohen, an attorney licensed to practice in this Court *pro hac vice*, affirms under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Pollock Cohen LLP. I am counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' opposition to Defendants' motions to dismiss the First Amended Complaint ("FAC").

3. Count Two of the FAC asserts a breach of contract claim against California Physicians' Service (d/b/a Blue Shield of California) ("Blue Shield") on behalf of the three public-employee Plaintiffs (Claudine Castillo, Candyce Marto, and Kevin Maedel). Plaintiffs assert this claim as third-party beneficiaries of their employers' contracts with Blue Shield. These contracts—which contain the same standard terms—form the basis of Count Two and are explicitly quoted in the FAC. *See* FAC ¶¶ 267–79.

4. Attached hereto as Exhibit 1 is a true and correct copy of one of these contracts. It is the current contract between Blue Shield and the Upland Unified School District, the employer of Plaintiffs Candyce Marto and Kevin Maedel. I obtained this contract from the Upland Unified School District on March 12, 2026 through a Freedom of Information Act request seeking the contract between the Upland Unified School District and Blue Shield of California, effective October 2025, for the Trio HMO plan (contract number W0052241-M0043831).

5. Because the contract forms the basis of Count Two and is explicitly and extensively referenced in the FAC, the Court may consider it in connection with Defendants' motions to dismiss under the incorporation-by-reference doctrine. *See Steinle v. City & Cnty. of San Francisco*, 919 F.3d 1154, 1162–63 (9th Cir. 2019) (holding that district court properly considered document submitted by plaintiffs in their motion-to-dismiss opposition because it formed the basis of their claims and was explicitly referenced in the complaint); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002–08 (9th Cir. 2018) (explaining the incorporation-by-reference doctrine).

1

6. I declare under penalty of perjury that the foregoing is true and correct.

Date: June 16, 2026          /s/ *Steve Cohen*_____
                                            Steve Cohen

DECLARATION OF STEVE COHEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS | Case No. 3:25-cv-09978-WHO